# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137525

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LAJUAN ZACHARY SMITH,
        Defendant-Appellant.

SC: 137525
COA: 278587
Wayne CC: 07-007009-01

_____/

On order of the Court, the application for leave to appeal the August 28, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 21, 2009

_____
Clerk

p0114